UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: TURNER, ANGELA LYNN                                      Case No. 11-21828-LBR
_____,              Chapter  7
                         Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

LENARD E. SCHWARTZER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,066.34 *(without deducting any secured claims)* | Assets Exempt: $7,108.92 |
| Total Distribution to Claimants: $974.51 | Claims Discharged Without Payment: $35,307.81 |
| Total Expenses of Administration: $418.10 | |

3) Total gross receipts of $ 5,436.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,043.39 (see **Exhibit 2**), yielded net receipts of $1,392.61 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $10,818.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 418.10 | 418.10 | 418.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 34,867.34 | 20,670.98 | 20,670.98 | 974.51 |
| **TOTAL DISBURSEMENTS** | $45,685.34 | $21,089.08 | $21,089.08 | $1,392.61 |

4) This case was originally filed under Chapter 7 on July 27, 2011. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/12/2012          By: /s/LENARD E. SCHWARTZER
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| exempt portion of tax refund | 1280-000 | 4,043.39 |
| 2011 TAX REFUND | 1224-000 | 1,392.61 |
| **TOTAL GROSS RECEIPTS** | | **$5,436.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ANGELA TURNER | DEBTOR PORTION OF TAX REFUND | 8100-002 | 4,043.39 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,043.39** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Vw Credit Inc | 4110-000 | 10,818.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$10,818.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LENARD E. SCHWARTZER | 2200-000 | N/A | 19.95 | 19.95 | 19.95 |
| LENARD E. SCHWARTZER | 2100-000 | N/A | 348.15 | 348.15 | 348.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | | N/A | $418.10 | $418.10 | $418.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 2,281.00 | 2,356.39 | 2,356.39 | 113.06 |
| 2 | World Financial Network National Bank | 7100-000 | 27.00 | 84.28 | 84.28 | 4.04 |
| 3 | 1st Financial Bank | 7100-000 | 7,043.00 | 5,743.66 | 5,743.66 | 275.56 |
| 4 | LAMAR J. WINWARD, ATTORNEY AT LAW | 7100-000 | 8,000.00 | 8,817.00 | 8,817.00 | 423.01 |
| 5 | UHEAA | 7100-000 | 1,905.00 | 3,310.74 | 3,310.74 | 158.84 |
| 6 | CAPITAL ONE, N.A. | 7200-000 | N/A | 358.91 | 358.91 | 0.00 |
| NOTFILED | Kenneth Eisen & Assoc | 7100-000 | 212.00 | N/A | N/A | 0.00 |
| NOTFILED | Paypal | 7100-000 | 14.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Capone | 7100-000 | 1,117.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 3,334.00 | N/A | N/A | 0.00 |
| NOTFILED | Uheaa | 7100-000 | 1,043.00 | N/A | N/A | 0.00 |
| NOTFILED | Uheaa | 7100-000 | 361.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Rs | 7100-000 | 323.00 | N/A | N/A | 0.00 |
| NOTFILED | Alphera Financial Serv | 7100-000 | 7,662.59 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Center Emergency Physicians | 7100-000 | 269.75 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Amex | 7100-000 | 1,275.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $34,867.34 | $20,670.98 | $20,670.98 | $974.51 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-21828-LBR  
**Case Name:** TURNER, ANGELA LYNN  

**Period Ending:** 10/12/12

**Trustee:** (480250) LENARD E. SCHWARTZER  
**Filed (f) or Converted (c):** 07/27/11 (f)  
**§341(a) Meeting Date:** 08/29/11  
**Claims Bar Date:** 06/12/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | US BANK CHECKING ACCT X7642 | 68.08 | 0.00 | DA | 0.00 | FA |
| 2 | WELLS FARGO CHECKING ACCT X1756 | 3.26 | 0.81 | DA | 0.00 | FA |
| 3 | WELLS FARGO SAVINGS ACCT X0535 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | WELLS FARGO SAVINGS ACCT X3642-CHILD'S | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | FURNITURE, HOUSEHOLD GOODS | 520.00 | 0.00 | DA | 0.00 | FA |
| 6 | ARTWORK AND PHOTOS | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | CLOTHING | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | WATCH | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | TWO (2) GERBER TERM LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2002 PONTIAC GRAND AM | 2,075.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2007 CHEVY COLORADO | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2011 TAX REFUND (u)  Value added by amendment filed 1/3/12  also exempted 100% of EIC | 982.17 | 1,392.61 | | 1,392.61 | FA |
| 12 | Assets  Totals (Excluding unknown values) | $4,048.51 | $1,393.42 | | $1,392.61 | $0.00 |

**Major Activities Affecting Case Closing:**

    REPORT OF DISTRIBUTION

**Initial Projected Date Of Final Report (TFR):**   July 31, 2013      **Current Projected Date Of Final Report (TFR):**   July 6, 2012  (Actual)

Case 11-21828-lbr    Doc 32    Entered 11/05/12 10:24:07    Page 7 of 8

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-21828-LBR  
**Case Name:** TURNER, ANGELA LYNN

**Taxpayer ID #:** **-***1777  
**Period Ending:** 10/12/12

**Trustee:** LENARD E. SCHWARTZER (480250)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-65 - Checking Account  
**Blanket Bond:** $3,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/12 | | IRS | 2011 TAX REFUND | | 5,436.00 | | 5,436.00 |
| | {12} | | non exempt portion of tax refund          1,392.61 | 1224-000 | | | 5,436.00 |
| | | | exempt portion of tax refund          4,043.39 | 1280-000 | | | 5,436.00 |
| 04/03/12 | 1001 | ANGELA TURNER | DEBTOR PORTION OF TAX REFUND | 8100-002 | | 4,043.39 | 1,392.61 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,367.61 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,342.61 |
| 08/06/12 | 1002 | American InfoSource LP as agent for | Dividend paid  4.79% on $2,356.39; Claim# 1; Filed: $2,356.39; Reference: 6920 | 7100-000 | | 113.06 | 1,229.55 |
| 08/06/12 | 1003 | 1st Financial Bank | Dividend paid  4.79% on $5,743.66; Claim# 3; Filed: $5,743.66; Reference: 2085 | 7100-000 | | 275.56 | 953.99 |
| 08/06/12 | 1004 | LAMAR J. WINWARD, ATTORNEY AT LAW | Dividend paid  4.79% on $8,817.00; Claim# 4; Filed: $8,817.00; Reference: | 7100-000 | | 423.01 | 530.98 |
| 08/06/12 | 1005 | UHEAA | Dividend paid  4.79% on $3,310.74; Claim# 5; Filed: $3,310.74; Reference: 2340 | 7100-000 | | 158.84 | 372.14 |
| 08/06/12 | 1006 | LENARD E. SCHWARTZER | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 368.10 | 4.04 |
| | | | Dividend paid 100.00% on $348.15;  Claim# TEEFEES; Filed: $348.15          348.15 | 2100-000 | | | 4.04 |
| | | | Dividend paid 100.00% on $19.95;  Claim# TEEEXPS; Filed: $19.95          19.95 | 2200-000 | | | 4.04 |
| 08/06/12 | 1007 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,436.00 | 5,436.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,436.00 | 5,436.00 | |
| | | | Less: Payments to Debtors | | | 4,043.39 | |
| | | | **NET Receipts / Disbursements** | | **$5,436.00** | **$1,392.61** | |

{} Asset reference(s)

Printed: 10/12/2012 04:32 PM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 11-21828-LBR | | **Trustee:** | LENARD E. SCHWARTZER (480250) |
|---|---|---|---|---|
| **Case Name:** | TURNER, ANGELA LYNN | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******30-65 - Checking Account |
| **Taxpayer ID #:** | **-***1777 | | **Blanket Bond:** | $3,500,000.00  (per case limit) |
| **Period Ending:** | 10/12/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   5,436.00
Less Payments to Debtor :   4,043.39
_____
Net Estate :   $1,392.61

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******30-65** | 5,436.00 | 1,392.61 | 0.00 |
| | $5,436.00 | $1,392.61 | $0.00 |

{} Asset reference(s)

Printed: 10/12/2012 04:32 PM   V.13.04